STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. EMEDIO CIANCI, DEFENDANT-RESPONDENT.

Submitted March 21, 1955—Decided March 28, 1955.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the appellant.

*Mr. Emedio Cianci* in *propria persona.*

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, JACOBS and BRENNAN—5.

*For reversal*—Justices HEHER and BURLING—2.